IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. ROBINSON,

      Plaintiff,                    No. CIV S-04-1684 DFL KJM

      vs.

MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY,

      Defendant.                <u>ORDER</u>

_____/

      Presently calendared for hearing on April 27, 2005 is defendant's motion to compel production of records from subpoenaed nonparty Paul Aikin, Ph.D. It does not appear the notice of motion was served on the subpoenaed nonparty. In addition, the subpoenaed nonparty has not provided a statement regarding his position with respect to the issues raised in the motion.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Hearing on defendant's motion to compel is continued to May 11, 2005 at 10:00 a.m. in courtroom no. 26.

      2. Within ten days from the date of this order, subpoenaed nonparty Paul Aikin is directed to file with the court, and serve a copy on counsel of record, a statement regarding his

1

position on the discovery dispute.

      3. The Clerk of Court is directed to serve a copy of this order on Paul A. Aikin, Ph.D., 1107 Ovejas Avenue, Davis, CA 95616.

      4. Within ten days from the date of this order, plaintiff is directed to file a statement regarding his position on the discovery dispute or to file a statement of non-opposition.

DATED:  April 25, 2005.

UNITED STATES MAGISTRATE JUDGE

2