James H. Fleming (SBN 042226)
Linda B. Oliver (SBN 166720)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

**OK/HAV**

Telephone:  510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Massachusetts Mutual Life Insurance
Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ROBINSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, SUCCESSOR IN INTEREST TO CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>            Defendants. | No.: CIV. S-04-1684 DFL KJM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES SET IN STATUS (PRE-TRIAL SCHEDULING) ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

1.  The Court's Status (Pre-trial Scheduling) Order dated October 25, 2004, set the following dates:

    a.  Discovery cut-off date: April 29, 2005;

    b.  Last day to file dispositive motions: June 1, 2005;

    c.  Hearing on dispositive motions: July 13, 2005, 10:00 a.m.;

    d.  Final pre-trial conference: August 26, 2005, 3:00 p.m., with joint pretrial statement due no later than seven days before the conference; and

1          e.      Trial date: October 3, 2005, 9:00 a.m.

2     2.      The parties respectfully request that the Court issue an order extending these deadlines so the parties have time to complete a mediation before incurring the expense of completing all fact and expert discovery, as follows:

5          a.      Discovery cut-off date: July 28, 2005;

6          b.      Last day to file dispositive motions: September 7, 2005;

7          c.      Hearing on dispositive motions: October 5, 2005, 10:00 a.m.;

8          d.      Final pre-trial conference: November 16, 2005, 4:00 p.m., with joint pretrial statement due no later than seven days before the conference; and

10          e.      Trial date: December 12, 2005, 9:00 a.m.

11     3.      The parties have not made any previous request for an extension of time for these dates.

DATED: May 2, 2005

                              REED SMITH LLP

                              By    //s//
                                  Linda B. Oliver
                                  Attorneys for Defendant Massachusetts Mutual Life Insurance Company

DATED: May 2, 2005

                              LAW OFFICE OF JOHN M. RIESTENBERG

                              By    //s//
                                  John M. Riestenberg
                                  Attorneys for Plaintiff John C. Robinson

IT IS SO ORDERED.

Dated: 5/3/2005

                              /s/ David F. Levi
                              DAVID F. LEVI
                              United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware