IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. ROBINSON,              NO. CIV. S-04-1684 DFL KJM

    Plaintiff,

    v.                         <u>ORDER RE DISPOSITION AFTER</u>
<u>NOTIFICATION OF SETTLEMENT</u>

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

    Defendants.
_____/

    The court has been advised by plaintiff's counsel, John M. Riestenberg, Esq. that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later

1

1 | than November 21, 2005, and,
2 |     2.   That all hearing dates previously set in this matter
3 | are vacated.
4 |     IT IS SO ORDERED.
5 | Dated:  9/21/2005

                                  */s/ David F. Levi*
                              DAVID F. LEVI
                              United States District Judge

2