James H. Fleming (SBN 042226)
Linda B. Oliver (SBN 166720)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant
Massachusetts Mutual Life Insurance
Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ROBINSON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY, SUCCESSOR IN<br>INTEREST TO CONNECTICUT MUTUAL<br>LIFE INSURANCE COMPANY, and DOES 1<br>through 20, inclusive,<br><br>                    Defendants. | No.: CIV. S-04-1684 DFL KJM<br><br>**STIPULATION FOR DISMISSAL;<br>[PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their

respective counsel of record, that the Court may make and enter its order dismissing the

above-captioned action with prejudice in its entirety, each party to bear their own costs and

fees.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2     DATED:  October __, 2005.

3                                        LAW OFFICES OF JOHN M. REISTENBERG

4

5                                        By____//s// John M. Ristenberg_____
                                             John M. Riestenberg
6                                            Attorneys for Plaintiff John C. Robinson

7     DATED:  October __. 2005.

8                                        REED SMITH LLP

9

10                                       By____//s// Linda B. Oliver_____
                                             Linda B. Oliver
11                                           Attorneys for Defendant
                                             Massachusetts Mutual Life Insurance
12                                           Company

13

14    **IT IS SO ORDERED:**

15        DATED:  October 19, 2005.

16

17

18                                       By  /s/ David F. Levi_____
                                             The Honorable David F. Levi
19                                           United States District Court Judge

20

21

22

23

24

25

26

27

28